Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
District of

Division

CHARLES E. SMITH
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

1) RJ REYNOLDS TOBACCO COMPANY; ET AL,
2) MS. SUSAN CAMERON; C.E.O. @ JRR.T Co.,
3) LT. GOVERNOR (LA) BILLY NUNGESSER,
4) U.S. FEDERAL CONGRESSMAN STEVE SCALISE,
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 19-CC299
(to be filled in by the Clerk's Office)
SECT. F  MAG. 4

Jury Trial: (check one) ☒ Yes ☐ No



## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

TENDERED FOR FILING
FEB 01 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CHARLES E. SMITH
Street Address: 347 NORTH 12TH STREET
City and County: PONCHATOULA
State and Zip Code: LOUISIANA 70454
Telephone Number: (574)-252-6728 or (985)-549-0880
E-mail Address: N/A

TENDERED FOR FILING
JAN 15 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

EXHIBITS 1-5

19-00299

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SECT. F MAG. 4

 NOTICE OF DEFICIENT FILING

1/17/2019

**DEFICIENT**

TO: CHARLES E. SMITH
247 North 12th Street
Ponchatoula, LA 70454

SUBJECT: In Forma Pauperis Application

**Your civil complaint and in forma pauperis application have been received. The complaint and in forma pauperis application are deficient as noted below:**

____ 1. The Clerk's Office is unable to provide you with the information you are requesting.
**Therefore, your document is being returned to you.**

____ 2. The Court is unable to act on the subject matter of your letter except in the context of a formal lawsuit.
**Therefore, your document is being returned to you.**

____ 3. The Clerk's Office is unable to provide legal advice to individuals on how to proceed with a lawsuit.
**Therefore, your document is being returned to you.**

____ 4. The records of this Court do not show that there is any pending case related to you at this time.
**Therefore, your document is being returned to you.**

____ 5. Your document appears intended for a different court.
**Therefore, your document is being returned to you.**

____ 6. You should not correspond directly with the Magistrate Judge or District Judge about your lawsuit. All pleadings and correspondence should be addressed to the Clerk of Court.
**Therefore, your document is being returned to you. You must adhere to this rule in any future filings.**

____ 7. All pleadings and other papers filed must be on 8½" x 11" paper, double spaced, and legibly handwritten or typed. If the document consists of more than two (2) pages, each page of the document must bear a sequential number, beginning with "2" for the second page. Standard font must be used. The Court may refuse to consider text presented in less than standard font, such as small or fine typeface. All margins must be no less on 1". No print or writing may appear in the margins. See Local Rule 10.1.
**You must adhere to this rule in any future filings.**

TENDERED FOR FILING

FEB 01 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ 8. The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $400.00 for the cost of filing a civil complaint. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

**If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_____ 9. The clerk is not required to file any document or render any service for which a fee is legally collectible unless the fee for the service has been paid in advance. The plaintiff has 21 days from the date of this notice to submit $5.00 for filing a petition for habeas relief and habeas related mandamus. If the plaintiff cannot afford the filing fee, the plaintiff must ask the Court to proceed as a pauper. A form for this purpose is attached.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

_____ 10. A writ of habeas corpus submitted by a person in state custody, a § 1983 prisoner suit, a motion to vacate, and a request for pauper status all should be submitted on an approved form. This form has been enclosed for your convenience.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 11. The cost of filing an appeal is $505.00. If you apply for pauper status when bringing an appeal, you must submit an affidavit that includes a statement of all assets you possess and that you are unable to pay the fee. This form has been enclosed for your convenience.
**Please submit the filing fee or return the completed form within 21 calendar days from the date of this letter.**

**If you are incarcerated and are applying for pauper status you must submit a certified copy of your trust fund account statement or the institutional equivalent for the 6-month period immediately preceding the filing of the complaint, habeas corpus or notice of appeal obtained from the appropriate official of each prison at which you are or were confined.**

_____ 12.  Every paper filed, after the complaint, must bear the name of this Court, the title, docket number, section, and magistrate judge number.  See Local Rule 10.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 13.  A complaint, affidavit or other pleading submitted to the Clerk for filing must bear an original signature.  A copy is not sufficient.  See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 14.  The filer's name, address, and telephone number shall be typed or printed below the signature. See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 15.  The complaint and any other pleading must be signed by the filer personally unless filer is represented by a member of the bar of this Court.  If the filer is represented, pleadings must be signed and submitted by counsel.  See Local Rule 11.1.
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 16.  The names of all parties must be listed on the front of your complaint.  Do not use "ET AL."
**Please return the completed form within 21 calendar days from the date of this letter.**

_____ 17.  Every pleading shall bear a certificate by the party who files it that copies have been served on all parties or their counsel of record by hand or by mail.  See Local Rule 5.4.
**You must adhere to this rule in any future filings.**

_____ 18.  Parties filing a motion shall, at the time of filing, notice it for submission.  See Local Rule 7.2.
**Please return the completed form within 21 calendar days from the date printed at the top of this letter.**

_____ 19.  Except as noted in Local Rule 7.3, all motions shall be accompanied by a memorandum in support.  See Local Rule 7.4. **Please return the completed form within 21 calendar days from the date of this letter.**

_____ 20.  Pleadings may not be supplemented without permission of the Court.  See Local Rule 7.4.
**Please provide the motion for leave to supplement and return the document within 21 calendar days of the date of this letter.**

___ 21.  Consent or ex parte motions, which need not be noticed for submission, shall be accompanied by a proposed order. See Local Rule 7.3.
**Please provide the proposed order and return the document within <u>21 calendar days</u> of the date of this letter.**

___ 22.  Once an answer has been filed, a complaint may not be amended or supplemented without permission of the Court. See Local Rule 7.6.
**Please provide the motion for leave to amend or supplement the complaint and return the document within <u>21 calendar days</u> of the date of this letter.**

___ 23.  Discovery requests and responses thereto must not be filed until they are used in a proceeding before the Court or until the Court grants an order allowing the filing of the document. Federal Rule of Civil Procedure 5(d).
**Therefore, your document is being returned to you.**

___ 24.  28 U.S.C. § 1654 precludes a corporation from appearing through a lay person. A corporation must be represented by an attorney qualified to practice before this Court.
**Therefore, your document is being returned to you.**

___ 25.  The record of this matter reflects you are represented by counsel. All pleadings regarding this case must be filed through your counsel of record. All future inquires and correspondence regarding this case should be directed to your attorney of record.
**You must adhere to this rule in any future filings.**

___ 26.  The Clerk's office is unable to provide you with free copies without an order of the Court. Copies are available at the cost of 50 cents per page. The copies which you requested consist of Click here to enter text. pages, therefore, the cost of the copies you requested is Click here to enter text..
**You must remit payment before copies can be provided.**

___ 27.  This office is unable to provide transcripts to individuals free of cost unless so ordered by the Court. You may contact the court reporter at the address listed below to make the necessary financial arrangements.

**X** 28.  **OTHER: <u>The defendants identified in the caption of the complaint must match exactly does listed in the complaint.</u> Please correct the enclosed copy of the first page of your complaint and <u>return to this court within 21 calendar days</u> from the date of this notice.**

**OTHER: <u>The defendant identified on the in forma pauperis application must be identical to that identified in the complaint.</u> Please correct the in forma pauperis application and <u>return to this court within 21 calendar days</u> from the date of this notice.**

➤ OTHER: All questions on the AO240 application to proceed in forma pauperis must be answered. Question 3, (d) Disability, or worker's compensation payments was checked "Yes". If you answered "yes" additional information is required. You did not provide additional information as required, therefore the in forma pauperis application is deficient.
A copy of this page has been enclosed. Please correct/complete this page and return to the court within 21 calendar days from the date of this notice.

If you have been instructed to provide additional information, please act immediately, and provide the required documents within the time frame indicated above; otherwise, a judicial officer will be notified of your failure to comply.

WILLIAM W. BLEVINS
CLERK OF COURT

By: _____
Deputy Clerk

➤ Respond to:
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Rev. 7/21/14

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the

District of _____

Division _____



COPY

Case No. 19-00299

(to be filled in by the Clerk's Office)

SECT. F MAG. 4

CHARLES E. SMITH

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☒ Yes  ☐ No

-v-

1) R.J. REYNOLDS TOBACCO COMPANY; ET AL.,
2) MS. SUSAN CAMERON; C.E.O. @ J.R.R.T Co.,
3) LT. GOVERNOR (LA) BILLY NUNGESSER,
4) U.S. FEDERAL CONGRESSMAN STEVE SCALISE,

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

TENDERED FOR FILING

FEB 01 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CHARLES E. SMITH
Street Address: 247 NORTH 12TH STREET
City and County: PONCHATOULA
State and Zip Code: LOUISIANA 70454
Telephone Number: (574)-252-6728 or (985)-549-0880
E-mail Address: N/A

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TENDERED FOR FILING
JAN 15 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

COPY

**Defendant No. 1**
- Name: JR REYNOLDS TOBACCO COMPANY; et seq
- Job or Title (if known): PRODUCER & SALE NEWPORT CIGARETTES; IN US/
- Street Address: 401 NORTH MAIN STREET,
- City and County: WINSTON SALEM
- State and Zip Code: NORTH CAROLINA, 27102 U.S.A
- Telephone Number: 1-877-760-0778
- E-mail Address (if known): N/A

**Defendant No. 2**
- Name: "Ms. SUSAN CAMERON",
- Job or Title (if known): CHIEF EXECUTIVE OFFICER @ JR Reynolds T. Co.
- Street Address: 401 NORTH MAIN STREET,
- City and County: WINSTON SALEM
- State and Zip Code: NORTH CAROLINA, 27102 U.S.A.
- Telephone Number: 1-877-760-0778
- E-mail Address (if known): N/A

**Defendant No. 4**
- Name: "MR. STEVE SCALISE", U.S. FEDERAL CONGRESSMAN
- Job or Title (if known): U.S. FEDERAL CONGRESSMAN (LA)
- Street Address: 2049 RAYBURN HOB,
- City and County: WASHINGTON
- State and Zip Code: DC 20515
- Telephone Number: (202)-225-3015
- E-mail Address (if known): N/A

**Defendant No. 5**
- Name: MR. JOHN BEL EDWARDS; OFFC. OF THE GOV.
- Job or Title (if known): GOVERNOR OF THE STATE OF LOUISIANA
- Street Address: P.O. BOX 94004,
- City and County: BATON ROUGE,
- State and Zip Code: LOUISIANA 70804
- Telephone Number: (225)-342-7015 & (866)-366-1121
- E-mail Address (if known): N/A

**DEFENDANT No. 3**
- NAME: MR. BILLY NUNGESSER
- JOB OR TITLE: LT. GOVERNOR
- STREET ADDRESS: 1051 NORTH 3rd STREET
- CITY & COUNTY: BATON ROUGE
- STATE & ZIP CODE: LOUISIANA 70802
- TELEPHONE NUMBER: (225)-342-7009

~~COVER SHEET~~

Mr. Charles E. Smith; Atty Prose,
247 North 12th Street,
Ponchatoula, Louisiana 70454
Tele #: (574)-252-6728

Date: January 30th, 2019
Re: Deficient Complaint/Application to Proceed In Forma Pauperous,

| | |
|---|---|
| CHARLES E. SMITH ) <br> PLAINTIFF, ) <br> ) <br> VS ) <br> ) <br> RJ REYNOLDS TOBACCO Co., ) <br> DEFENDANTS; Et Seq. ) | CASE #: 19-00299 |

---

Dear Clerk:

Please find enclosed "CORRECTED" Complaint, Forma Pauperis Application, & Exhibits 1-5.

~~Respectfully Submitted~~:
Charles E. Smith; Atty Prose
CHARLES E. SMITH; ATTY PROSE

**TENDERED FOR FILING**

FEB 01 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Mr. Charles E. Smith, Atty Pro Se
247 North 12th Street,
Ponchatoula, Louisiana 70454

U.S. District Court
Attn: "The Clerk",
500 Poydras Street,
Room C-151
New Orleans, Louisiana
70130