# UNITED STATES DISTRICT COURT
## for the
### District of
### Division

CHARLES E. SMITH )
)
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. If )
the names of all the plaintiffs cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )
)
-v- )
)
1) JR REYNOLDS TOBACCO COMPANY; ET AL., )
2) MS. SUSAN CAMERON; C.E.O. @ JRR.T Co., )
3) LA. GOVERNOR (LA) BILLY NUNGESSER, )
4) U.S. FEDERAL CONGRESSMAN STEVE SCALISE, )
)
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. 19-CV299
*(to be filled in by the Clerk's Office)*
SECT. F MAG. 4

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: CHARLES E. SMITH
Street Address: 247 NORTH 12TH STREET
City and County: PONCHATOULA
State and Zip Code: LOUISIANA 70454
Telephone Number: (574)-252-6728 or (985)-549-0880
E-mail Address: N/A

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

TENDERED FOR FILING
JAN 15 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: JR REYNOLDS TOBACCO COMPANY; et seq.
- Job or Title (if known): PRODUCE & SALE NEWPORT CIGARETTES; IN U.S.A
- Street Address: 401 NORTH MAIN STREET,
- City and County: WINSTON SALEM
- State and Zip Code: NORTH CAROLINA, 27102 U.S.A
- Telephone Number: 1-877-760-0778
- E-mail Address (if known): N/A

Defendant No. 2
- Name: "Ms. SUSAN CAMERON",
- Job or Title (if known): CHIEF EXECUTIVE OFFICER @ JR REYNOLDS T. Co.,
- Street Address: 401 NORTH MAIN STREET,
- City and County: WINSTON SALEM
- State and Zip Code: NORTH CAROLINA, 27102 U.S.A.
- Telephone Number: 1-877-760-0778
- E-mail Address (if known): N/A

Defendant No. 3
- Name: "MR. STEVE SCALISE", U.S. FEDERAL CONGRESSMAN
- Job or Title (if known): U.S. FEDERAL CONGRESSMAN (LA)
- Street Address: 2049 RAYBURN HOB,
- City and County: WASHINGTON
- State and Zip Code: DC 20515
- Telephone Number: (202)-225-3015
- E-mail Address (if known): N/A

Defendant No. 4
- Name: MR. JOHN BEL EDWARDS; OFFC. OF THE GOV.,
- Job or Title (if known): GOVERNOR OF THE STATE OF LOUISIANA,
- Street Address: P.O. BOX 94004,
- City and County: BATON ROUGE,
- State and Zip Code: LOUISIANA 70804
- Telephone Number: (225)-342-7015 & (866)-366-1121
- E-mail Address (if known): N/A

DEFENDANT No. 5

NAME: "BILLY NUNGESSER"
JOB or TITLE: LEUTINANT GOVERNOR
STREET ADDRESS: 1051 NORTH 3rd STREET
CITY & COUNTY: BATON ROUGE
STATE & ZIP CODE: LOUISIANA 70802
TELEPHONE NUMBER: (225)-342-7009
E-MAIL ADDRESS: N/A

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. **The Plaintiff(s)**

1. If the plaintiff is an individual
   The plaintiff, (name) CHARLES E. SMITH, is a citizen of the State of (name) LOUISIANA.

2. If the plaintiff is a corporation
   The plaintiff, (name) N/A, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. **The Defendant(s)**

1. If the defendant is an individual
   The defendant, (name) MS. SUSAN CAMERON; C.E.O., is a citizen of the State of (name) NORTH CAROLINA, 27102. Or is a citizen of (foreign nation) N/A.

2. If the defendant is a corporation
   The defendant, (name) JR REYNOLDS TOBACCO Co., is incorporated under the laws of the State of (name) NORTH CAROLINA / U.S.A, and has its principal place of business in the State of (name) NORTH CAROLINA, 27102. Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): The Plaintiff: Charles E. Smith have been a customer of defendants; JR Reynolds Tobacco Company for approximately (30) thirty years & a victim of the defendents deceptive/un-fair business practices in (4) four different states & defendants, et al liabilities/debt to Plaintiff is (2) two million dollars!

Page 3 of 5

B. THE DEFENDANTS

3. IF the DEFENDANT is AN INDIVIDUAL
   THE DEFENDANT, (NAME) "MR. STEVE SCATLISE"
   the State of (NAME) "WASHINGTON" DC
   (FOREIGN NATION) N/A

4. IF the DEFENDANT is AN INDIVIDUAL
   THE DEFENDANT, (NAME) _____
   the State of (NAME) _____
   (FOREIGN NATION) N/A

5. IF the DEFENDANT, is AN INDIVIDUAL
   THE DEFENDANT, (NAME) _____
   the STATE OF (NAME) _____
   (FOREIGN NATION) N/A

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The PLAINTIFF PURCHASED! "NEWPORT CIGARETTES" IN THE STATES OF INDIANA, ILLINOIS, MISSISSIPPI & LOUISIANA ē A HISTORICAL DECEPTIVE/UN-FAIR BUSINESS PRACTICES UPON DEFENDANTS et AL On (date) 1993 to Present, at (place) "RYAN'S DELI", C.J. TOBACCO did Sell plaintiff PSEUDO-TOBACCO

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent) The DEFENDANTS, et. AL Knowingly did DECEIVED/work "MAGIC TRICK/CAST SPELLS/PERFORMED WITCH-CRAFT & SORCERY UPON the PLAINTIFF, Historically! IN A MASTER-MIND MONEY-MAKING "GRAVY-TRAIN SCHEME"! UPON "WE THE PEOPLE", CITIZENS OF THE USA./ PLAINTIFF that have been VICTIMIZED Historically ē A CHRONIC ADDICTION to DEFENDANTS et AL "NEWPORT QUALITY CIGARETTES" MARKET! It APPEARS ALLEGEDLY "No CEASE & DESIST"! FORSEEABLE! or until the SUN BURN-out

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain) The Above Stated "NEGLIGENCE & MALPRACTICES" ORGANIZED CRIMINAL EMPIRE, FRAUDS, RICO-ACT; violations, AMERICANS ē DISABILITIES-ACT; TITLE-V violations, 5TH, 8TH & 14TH AMENDMENTS TO The (LA) STATE & U.S. FEDERAL CONSTITUTION "ORGANIC CONSTITUTION" of GOD, NATURE & MAN) The Plaintiff INJURIES SUSTAINED ARE AS FOLLOWS: DEPRESSION! "PANIC REACTIONS"! "PAIN & SUFFERING" due to DEFENDANTS, et AL Projecting "A BAIT & GATE SCHEME" ON plaintiff!

IV. **Relief** "RESPONDEAT SUPERIOR" is in PLAY ē THIS CASE MATTER, FULL-SCOPE!

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The PLAINTIFF; CHARLES E. SMITH is SEEKING his (①) two MILLION-DOLLARS RE-IMBURSEMENT IN FULL! FROM DEFENDANTS, et AL ② A PUBLIC APOLOGY by way of "DATELINE", And A TWO-WEEK FULL-LENGTH FRONT PAGE APOLOGY ē "THE DAILY STAR NEWSPAPER", (LOCALLY).
③ The U.S. FEDERAL ATTORNEY GENERAL'S OFFICERS TO SERVE UPON DEFENDANTS A (7) SEVEN-BILLION DOLLAR "CLASS-ACTION LAWSUIT" FOR "WE The PEOPLE", CITIZEN WHOM ALSO, WERE VICTIMS OF DEFENDANTS DECEPTION/ EGREGIOUS / MALICIOUS / FRAUDULENT / UN-FAIR BUSINESS PRACTICES! FULL-SCOPE! AS A MESSENGER.

III. STATEMENT OF CLAIM; Cont'd AS FOLLOWS;

The PLAINTIFF; CHARLES E. SMITH; ATTY ESQ. Pro-se do BELEIVE ALLEGEDLY that ALL OF THE DEFENDANTS have ACTED IN CONCERT BY WAY OF "A GRAVY-TRAIN MONEY SCHEME!", BY WAY OF CRIMINAL FRAUD, CONSPIRACY, "RICO-ACT", VIOLATIONS BOTH (CIVIL & CRIMINAL).

★ THE DEFENDANTS DO USE "A HINES DIRECTORY", to LOCATE their PREY! DEFENDANTS; ET AL have TRICKED "WE THE PEOPLE CITIZENS", WHO are DISABLED, ELDERLY, UN-EDUCATED, MIS-EDUCATED, UNDER-DEVELOPED, POVERTY STRICKENED, that are "REGISTERED VOTERS", MINORITIES That are BLACK, White & LATINA is LURED BY WAY OF ADVERTISEMENT-TRAPS to BAIT "NEWPORT", NON-Quality CIGARETTES that are Packaged-up inside OF DEFENDANTS ET AL NEWPORT Boxes & Plastic Wrappings But are PSEUDO NON-Quality NEWPORT TOBACCO (A Imitation) & GAIT (CONSUMERS do COMPLAINS to SELLERS but OUR

★ (7) SEVEN DOLLARS & (5) FIVE-CENTS does Not get REFUNDED! & CONSUMERS ARE CAUGHT/TRAPPED OUT SIDE the "NEWPORT CIGARETTES SALERS Businesses & IF ANY Signs OF "ANGER or IRATTENESS", the Police is CALL & YOU might get Choked to DEATH LIKE that

★ CITIZEN in NEW YORK! "BY the Police". WHO ARE

(CONTINUED OVER ON BACK)

III. STATEMENT OF CLAIM, CONT'D AS FOLLOWS:

"SUPPOSE to SERVE & PROTECT CITIZENS OF U.S.A.", BUT the SAID do NOT SERVE UNDER "EQUAL PROTECTION & DUE PROCESS" The POLICE Protects the "UN-FAIR BUSINESS practicing OWNER that Pays "THE CHIEF OF POLICE" A BIG FAT PIECE OF MONEY! to KILL WHOMEVER Interferes c̄ "THE ILLEGAL SCHEME", BY WAY OF A "TUNNEL VISION COMMUNICATION ORGANIZATION", ALLEGEDLY! THE PLAINTIFF wrote "DEFENDANT; SUSAN CAMERON; C.E.O. @ RJ REYNOLDS TOBACCO CO.", NUMEROUS LETTERS prompting HER to "SETTLE!", OUT OF "A COURT BATTLE!" ON THE CONTRARY; DEFENDANTS et AL do have AN Alleged "DIVERSIONARY Scheme" in Place that Sells FEAR! UPON "WE THE PEOPLE, CITIZENS", "The HOSPITALS, DOCTORS, LAWYERS & PHARMACEUTICAL DRUG MANUFACTURES Like "GLAXOSMITHKLINE, ELI Lilly, MERCK, JOHNSON & JOHNSON etc., do Act in CONCERT TOGETHER", to Give U.S.A. CITIZENS LUNG CANCER, EMPHESEMA, BRONCHITIS & Other So-called CIGARETTE SMOKER'S DISEASES! But, CIGARETTE TOBACCO "Do Not Cause the Said HEALTH PROBLEMS! It's the Hospitals (whose "Share-Holders", are DEFENSE ATTORNEYS, etc.) / DOCTORS that give DRUGS TO Patients TO KILL! The (LIKE) CHEMOTHERAPEUTIC DRUGS FOR CANCER! BY WAY OF "A MAMMOGRAM-TEST", Breasts is Removed, Hair Falls OFF HEADS, EYES, BECOME EMACIATED! DUE

## III.

STATEMENT OF CLAIM; CONT'D AS FOLLOWS:

★ TO RADIATION THERAPY, Etc., & the said are "IN CONCERT ℅ MAKE-UP ARTIST & WIG COMPANIES!";

★ The PHARMACEUTICAL-DRUG MANUFACTURES Produce "CANCER CAUSING DRUGS" &, "DRUGS TO CURE CANCER", or take it into REMMISSION until

★ HOSPITALS & DOCTORS CAN BITE! into A CITIZENS INSURANCE! the NEXT YEAR &, Then the Hospital &, Doctors Kill! You, &, Feed A COVER-UP STORY

★ TO The VICTIMS FAMILY that the VICTIM'S CANCER DID RETURN "OUT OF REMISSION" & became Systemic or Matastisised &, DEATH! was the End Result!

ALLEGEDLY. Because (8) EIGHT-BILLION HUMANS do

★ "OCCUPY" Planet-EARTH" &, (5) FIVE-BILLION CITIZENS Must DIE! For the REMAINING (3) Three Billion to LIVE! "THE GROUP-THINK TANK" do TARGET! LOW-INCOME WHITES, BLACKS, & LATINO / COMMUNITIES! FULL-SCOPE! To Bait & GAIT" the DEFENDANTS STEAL OUT OF THEIR INSURANCE MONEY

★ AGAIN, "CIGARETTE TOBACCO", do Not Cause CANCER!, EMPHESEMA, Bronchitis, Etc. the HOSPITALS, DOCTORS & PHARMACEUTICAL DRUG COMPANIES / MANUFACTURES

★ do! What A TRADGEDY! The Plaintiff did do A
★ "RESEARCH PAPER", ON CIGARETTE SMOKERS" IN CHICAGO, IL

(Cont'd on BACK!)

## III.

STATEMENT OF CLAIM; CONT'D AS FOLLOWS:

★★ "CHINA-TOWN," FOR (10) TEN YEARS. BY WAY OF "NATURALISTIC OBSERVATION CASE STUDY!" The "CHINESE SMOKED Daily!", Approximately (2) two-PACKS OF CIGARETTES DAILY / Practiced "TAI-CHI Exercises" & Live to be 90 years old – 120 years old still Smoking AND the said NEVER developed Cancer, EMPHESEMA, BRONchitis, Etc. "They WERE PERFECTLY HEALTHY." IT'S "A BIG GAME of "ORGANIZED CRIMINALS", c A

★ LIFE-TIME-MEMBERSHIPS UPON The "ILLEGAL MONEY GRAVY TRAIN!" c NO END in Sight to "Cease & Desist"; The SLAUGHTER, MAIMING, & INNOCENT LIFE/Lives ARE being taken Daily For A Citizen's "INSURANCE

★ MONEY! (HOSPITALS & DOCTORS). "HISTORICAL PATTERNS OF Murder!" ALLEGEDLY, & "The "HITMAN", is Wearing "A WHITE LAB-Coat c A STETESCOPE Around his or her NECK! THEY ARE WITCHES, WORELOCKS, SOCERERS, MAGICIANS, Polices Psychiatrist & Psychologist ARE the VENTRILOQUIST & AND the Hospitals / "Hospital PATIENTS", ARE the "Little

★ Dummy Sitting in the Hospital & Doctors Waiting Rooms! lined up as sheep off to the Slaughter House! (Surgery)

III. STATEMENT OF CLAIMS; cont'd AS FOLLOWS:

* The DEFENDANTS; et. seq do have the "WE THE PEOPLE"; CITIZENS OF THE UNITED REPUBLIC OF AMERICA VERY FEARFUL! OF CATCHING LUNG CANCER From SMOKING CIGARETTES! A WELL ORGANIZED / THOUGHT-OUT PLAN UP TO "IVAN PAVLOFF", (A PSYCHIATRIST & MASTER PSYCHOLOGIST) CLASSICAL CONDITIONING TO PAIR-UP CIGARETTE SMOKING to LUNG CANCER! So, the
* FAMILY OF DEFENDANTS et. seq. MURDERS! Will NOT BE Questioned! The FAMILY MEMBER Will CONCLUDE the Matter! WHILE STILL Going Through The GRIEVING-PROCESS, (5) FIVE STAGES of DENIAL, BARGAINING, ANGER, DEPRESSION, & ACCEPTANCE! But the Children OF The VICTIMS
* DO GET STUCK! ON THE ANGER PHASE! of the GRIEVING-PROCESS & GO OUT & HIRE! A HUGE LAW FIRM to
* AVENGE! Mother or FATHER / GRAND FATHER or GRAND MOM CIGARETTE SMOKING HABIT / DEATH & THEY SUE! The "NEWPORT TOBACCO COMPANY," & WIN IN A COURT SETTLEMENT! About (2) TWO-MILLION DOLLARS AWARDED
* BY A JURY TRIAL! AGAIN; MORE Theater Acting Because, DEFENDANTS et seq. have ALLEGEDLY STOLE TRILLIONS OF DOLLARS BY WAY OF PSEUDO/NON-QUALITY NEWPORT TOBACCO WHEELS & ILLEGAL DEALS up to Hospital/Doctor Murders Plus Charge! The Patient by way of HIS or Her
* INSURANCE DOLLARS, SEIZE HOUSES, JEWELRY, CARS, STOCKS & BOND or Anything of Value / FREEZE Patients BANK ACCOUNTS / Declare the Patient INCOMPETENT & Have the

(CONT'D FROM Page 4-D)

III. STATEMENT OF CLAIM; CONT'D AS FOLLOWS:

The Patient Put into "A CIVIL COMMITMENT ORDEAL", &,

★ HERE WE GO AGAIN! For the CIVIL COMMITMENT Costs The Mental HEALTH CLERK gets $100,000.00/ THE BEHAVIOR UNIT of Hospitals gets Paided $100,000.00/ JUDGE that SITS @ THE COMMITMENT HEARING gets paid approximately

★ $100,000.00/ THE LAWYER that Represents the PERSON That is being Commited gets Paid $100,000.00/ THE "CHIEF OF POLICE", gets Paid $100,000.00, etc. AND The Patient/Victim gets Paid A SSI - Check/ SSDI- CHECK TOTALING $774.00/Month. THEREFORE, WHEN the DEFENSE ATTORNEYS Allows AN ANGRY Child to WIN A Court Case of JURY AWARD of (2) two MILLION DOLLARS is PEANUTS to the "Newport" TOBACCO COMPANY. DEFENDANTS et seq. ARE ALLEGED

★ TERRORIST! DEFENDANTS are A FACSIMILE of other TERRORIST GROUPS Multiplied by (50,000) FIFTY-THOUSAND times "Worster" than "ISIS, ALKEDA, HEZBELI etc. AND, the GOVERNOR OF LOUISIANA; JOHN BEL

★ EDWARDS is Bragging about (8) eight MILLION DOLLARS (The DAILY STAR NEWSPAPER 1/9th /2019 Edition) CAMPAIGN FUNDS RAISED FOR RE-ELECTION MONEY!

★ But, Little does HE KNOW! A CHAMELEON is IN HIS STATE of (LA) POSING AS "THE LAMB" JUDITH ZAPPHIRINNI" FORMER TEXAS STATE SENATOR, = STATE BILLS 363-409, Please READ!

(CONT'D FROM PAGE 4 P of 5)

III. STATEMENT OF CLAIM; CONT'D AS FOLLOWS:

* "JUDITH ZAPPHIRINNI'S WORK IS "REMARKABLE"; SHE'S A TRUE LITIGATOR! & SHE WORKS VERY HARD FOR "PEOPLE c̄ CERTIFIED DISABILITIES" that are in NURSING HOMES, HOSPITALS, etc.

* HOSPITALS & DOCTORS do ILLEGALLY POCKET the TAX-PAYERS "HILL-BURTON" etc. GRANT MONEY that is SUPPOSE to PAY FOR "INDIGENT PATIENTS" HEALTHCARE!

* THE "DHHS" in the (5th) FIFTH & (6th) SIXTH REGIONS ARE BROKEN! & CORRUPT! (accepting Bribes ALLEGEDLY) The Plaintiff will FIX the Problem!

* WHEREFORE, "OUR PRESIDENT"; DONALD TRUMP DESIRES TO MAKE AMERICA GREAT! AGAIN & The Plaintiff is A "WE THE PEOPLE"; CITIZENS NAVY SEAL c̄ / SUPPORTS DONALD TRUMP; the PRESIDENT. ANTI-PRESIDENTS & the DEMOCRATS are in OUR WAY! The ANTI-PRESIDENTS will SPEND A MILLION DOLLARS ON COCAINE, OPIUM & PORNOGRAPY / under-AGE Girls SEX TRAFFIKING / politicians (Democrats) having Wild SEX Orgies & The said "do costs BIG MONEY!" But, Won't RELEASE TAX DOLLARS FOR A Protection OF U.S.A

* BORDER! The Democrats are Afraid OF A WALL Building because the "DRUG CARTEL" Won't be Able to bring in "COCAINE" for DEMOCRATS WILD-PARTIES!

(Cont'd FROM Pg-4F oF 5)

**III. STATEMENT OF CLAIM; CONT'D AS FOLLOWS;**

The U.S.A. Politician work very Hard to get Elected And, After they get Elected! They "POLITICIANS & FAMILY MEMBERS" do Victory Celebrations off to Bahamas, Key-West Florida, Sanibel Islands, Jamaica, Africa, China & Japan! I was taught That <u>A Politician</u> must Celebrate After <u>the WORK</u> is DONE For "WE THE PEOPLE", Citizens" is Complete! The very Day the "Politician" got Elected He or She should Have Rolled their Sleeves-up & <u>Went to WORK!</u>" But they Mis-Appropriated our "TAX-DOLLARS" up to <u>A Negative BALANCE!</u> Now, You want TAX INCREASES = A <u>FICTIONAL CRISIS-SONG & DANCE!</u> Routine like the Prisoners are Jumping over The D.O.C. (DEPARTMENT OF CORRECTION $1-BILLION DOLLARS A YEAR) Wall or Fence to Sell "WE The People"/Tax-Paying/Registered Voters <u>CITIZENS FEAR!</u> & <u>SCARE</u> The Tax-Payers into Reaching into their Wallets & (ROB!) Pay Money-Taxes to Cover The above stated <u>VICTORY Celebration Vacations</u> CORRUPTION! Must "Cease & Desist," NOW!

We The People Citizens/Register Voters do want "<u>Our VOTES Returned to US</u>". Therefore, Why is Defendants; RJ Reynolds Tobacco Company et. seq. Chooses to Waste The "Courts-Time!" & Tax-Payers Money! Arguing & Fighting over Something that have Already been Argued upon, Voted upon, Mandated & Wrote into Public-Policies Nation-Wide For U.S.A. Citizens to Follow Suite! (CONT'D FROM 4-G oF 5)

III. STATEMENT OF CLAIM; CONT'D AS FOLLOWS:   PAGE-4-I of 5

WHEREFORE, IT APPEARS ALLEGEDLY to the PLAINTIFF; Charles E. SMITH; ATTY ESQ. PROSE that the DEFENDANTS; et Al have Violated THE CIVIL & CRIMINAL "RICO-ACT" (RACKETEER INFLUENCED

* CORRUPT ORGANIZATIONS-ACT, By WAY OF SECTIONS 201, 471, 472, 473, 659, 1513, 1546, 1951, 1952, 1953, 1957, 1958, 2318, 2320, 2341, 2346; Any of the Above Stated ILLEGAL-ACTS
* ARE "INDICTABLE", UNDER TITLE 29 U.S.C. Section 501(D) FULL-SCOPE!

* ALSO, (ADA) AMERICANS C DISABILITIES-ACT; TITLE-II IS PROMPTED FROM the USDC to INCLUDE POLITICAL DEFENDANTS that
* ARE NAMED IN THIS PETITION under RESPONDEAT SUPERIOR DOCTRINE / IMPLEMENTATION OF RULE #: 11 (ELEVEN) to go AROUND ANY "SOVEREIGN IMMUNITY ISSUES, ETC.", Because,
* THE PLAINTIFF do have EVIDENCES (Objective) to SATISFY "THE COURT", that OUR POLITICAL OFFICERS have ACTED IN CONCERT C DEFENDANTS; et AL @ RJ REYNOLDS
* TOBACCO COMPANY's "DECEPTIVE / UN-FAIR BUSINESS PRACTICES", by WAY OF MONEY INCENTIVES to Allow PSEUDO, NON-QUALITY "NEWPORT CIGARETTES" to Sold IN "THE STATE OF LOUISIANA", to "WE THE PEOPLE", TAX-PAYING, Registered-VOTER, DISABLED, IMPOVISHED UNDER-DEVELOPED, MIS-EDUCATED, MINORITIES CITIZENS C NO FORESEEABLE! "CEASE & DESIST." (cont'd from 4-H of 5)

III. STATEMENT OF CLAIM; AS FOLLOWS:

- It does APPEAR ALLEGEDLY that the said "helpless" "WE THE PEOPLE", CITIZENS OF THE "STATE OF LOUISIANA", ARE

★ "WITHOUT A SAVIOR!", THEREFORE, the Plaintiff will TEMPORARILY Act AS THEIR SAVIOR UNTIL THE REAL! SAVIOR Arrives! BECAUSE, "OUR LOUISIANA GOVERNOR", "JOHN

★ BEL EDWARDS", is BRAGGING in the DAILY STAR NEWS-PAPER, Date of 1/9th/2019 That HE got 8.4 MILLION DOLLARS FOR RE-ELECTION FUNDS! But little do HE KNOW "WE THE PEOPLE", CITIZENS have Already CONTACTED

★ THE "SECRETARY OF STATE", OF LOUISIANA", to SEND US AN OFFICIAL VOTER-RE-CALL Petition for

★ APPROXIMATELY (ONE-HUNDRED-THOUSANDS) 100,000 Registered voters that is Prompting The Secretary OF STATE to Return! OUR Votes FOR "JOHN BEL EDWARDS"

★ BECAUSE, "JOHN BEL EDWARDS; (LA) GOVERNOR", have ALLOWED KNOWINGLY/ALLEGEDLY DEFENDANTS; RJ REYNOLDS TOBACCO COMPANY to "ROB!" US HERE in the STATE OF LOUISIANA FOR A MONEY INCENTIVE! THEREFORE, IMPEACHMENT! & JAIL TIME IS IN THE FORECAST! FULL-SCOPE! WE THE PEOPLE CITIZENS do SUPPORT OUR PRESIDENT; DONALD TRUMP

★ & WE SHALL MAKE AMERICA GREAT! AGAIN! (Cont'd FROM PAGE-4-I OF 5)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JANUARY 9TH, 2019

Signature of Plaintiff: *Charles E. Smith*
Printed Name of Plaintiff: CHARLES E. SMITH

### B. For Attorneys

Date of signing: JANUARY 9TH, 2019

Signature of Attorney: *Charles E. Smith*
Printed Name of Attorney: Charles E. Smith
Bar Number: PROSE (Plaintiff is old-school & don't beleive Certification Bar.
Name of Law Firm: "PERSONAL" CHAMELEONS & LAMBS" CONNECTION
Street Address: 247 NORTH 12TH STTREET,
State and Zip Code: PONCHATOULA LOUISIANA 70454
Telephone Number: (574)-252-6728 or (985)-549-0880
E-mail Address: N/A

